IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-20134-CM |
| | ) | |
| **WEIQIANG ZHANG** | ) | |
| and | ) | |
| **WENGUI YAN**, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## GOVERNMENT'S LIST OF PROPOSED EXHBITS

The United States of America, by and through undersigned counsel, submits the following as its general list of proposed exhibits that may be presented during the trial of this matter.   The government additionally may present additional exhibits based on those identified by the defendant and any exhibits subsequently discovered.   A comprehensive exhibit list with the marked exhibits will be provided to the Court and opposing counsel before trial commences.

Email communications between Weiqiang Zhang and Wengui Yan

Email communications between Weiqiang Zhang, Wengui Yan, and members of the delegation from the People's Republic of China

Email communications Weiqiang Zhang sent from his work account with Ventria Bioscience to his personal email account(s)

Email communications by Wengui Yan regarding the shipment of seeds to the People's Republic of China

Email communications involving Wengui Yan to provide advice to entities in the People's Republic of China to include the establishment of a bank account in that country to receive compensation

Photographs taken during the delegation's visit to the United States in July – August 2013

Photographs taken of Weiqiang Zhang and Wengui Yan during their trip to the People's Republic of China in 2012

Electronic documents from Weiqiang Zhang's computer(s)

Electronic documents from Wengui Yan's computers(s)

Paper documents from Weiqiang Zhang's residence and cubicle at work

Paper documents from Wengui Yan's residence and office at work

Rice seeds seized from delegation in Hawaii

Rice seeds seized from Weiqiang Zhang's residence

Photographs of rice seeds seized

Photographs from searches at Weiqiang Zhang's residence and cubicle

Photographs from searches at Wengui Yan's residence and office

Documents from Wengui Yan's personnel file at the U.S. Department of Agriculture

Documents from the U.S. Department of Agriculture involving Wengui Yan, including one in which Wengui Yan forged his supervisor's signature

Business card of Ventria Bioscience employee from Wengui Yan's office

Documents regarding Weiqiang Zhang's employment with Ventria Bioscience

Recorded telephone communications involving Weiqiang Zhang, Wengui Yan, and the delegation with translations

Materials that explain the Ventria Bioscience trade secrets

Laboratory reports that explain the DNA analysis that matched the seized seeds from Hawaii and Weiqiang Zhang's residence to Ventria Bioscience seeds

Respectfully submitted,

THOMAS E. BEALL
Acting United States Attorney


 s/Scott C. Rask
SCOTT C. RASK
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
(913) 551-6730
(913) 551-6541 (fax)
Scott.Rask@usdoj.gov
Ks. S. Ct. No. 15643


<u>CERTIFICATE OF SERVICE</u>

I certify that on September 26, 2016, I electronically filed this Government's List of

Proposed Exhibits with the clerk of the court by using the CM/ECF system which will send a

notice of electronic filing to the following:

Thomas W. Bartee
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas   66101
(913) 551-6712
(913) 551-6562 (fax)
Tom_Bartee@fd.org
Attorney for defendant Weiqiang Zhang

Michael D. Hepperly
310 West Central, Suite 119
Wichita, Kansas   67202
(316) 267-5330
(316) 267-6589 (fax)
mhepperly@aol.com
Attorney for defendant Wengui Yan

William R. Robb
Aleshire Robb, PC
2847 Ingram Mill, Suite A102
Springfield, Missouri   65804

(417) 869-3737
(417) 869-5678 (fax)
info@aleshirerobb.com
Attorney for defendant Wengui Yan

 s/Scott C. Rask
SCOTT C. RASK
Assistant United States Attorney