IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   **v.**                                 Case No. 13-20134-02-CM

**WENGUI YAN,**

        **Defendant.**

# I N F O R M A T I O N

The Acting United States Attorney charges that:

## COUNT 1

On or about December 10-11, 2013, in the Eastern District of Arkansas, the defendant,

**WENGUI YAN,**

knowingly and willfully made a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by denying to Special Agents with the Federal Bureau of Investigation that he knew a delegation from a crops research institute from the People's Republic of China stole rice seeds from a farm near Stuttgart, Arkansas.  The statement and representation were false because the defendant, then and there knew, that the delegation intended to steal protected rice seeds and did steal rice seeds and that the delegation would have the opportunity to steal the seeds from the rice farm where the defendant took the delegation in July, 2013.

This was in violation of Title 18, United States Code, Section 1001(a)(2).

                                                                       THOMAS E. BEALL
                                                                       Acting United States Attorney
                                                                       District of Kansas

        s/ Scott C. Rask
        SCOTT C. RASK, #15643
        Assistant United States Attorney
        500 State Avenue, Suite 360
        Kansas City, Kansas   66101
        (913) 551-6730
        (913) 551-6541 (fax)
        Scott.Rask@usdoj.gov


        s/ Matthew R. Walczewski
        Matthew R. Walczewski
        Trial Attorney
        National Security Division
        600 E Street NW
        Washington, D.C.   20530
        (202) 233-0986
        (202) 233-2147 (fax)
        Matthew.Walczewski@usdoj.gov
        IL Bar No. 6297873


        s/ Brian J. Resler
        Brian J. Resler
        Senior Trial Attorney
        Computer Crimes & Intellectual Property Section
        1301 New York Avenue, NW 6th Floor
        Washington, D.C.   20005
        (202) 616-3298
        (202) 305-1744 (fax)
        Brian.Resler2@usdoj.gov
        WI Bar No. 1023837

**PENALTIES:**

Ct. 1:   18 U.S.C. § 1001
       Making a False Statement

- NMT 5 years imprisonment
- NMT $250,000 fine
- NMT 3 years supervised release
- $100 special assessment