CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

**PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Scott Rask, Matthew Walczewski, Brian Resler |
|---|---|
| Plaintiff, | |
| v. | Case No: 13-20134-02 |
| Wengui Yan | Mike Hepperly, William Robb |
| Defendant. | |

| JUDGE: | Carlos Murguia | DATE: | 10/24/2016 |
|---|---|---|---|
| CLERK: | Sarah Spegal | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | Christine Lau | PROBATION: | |

**PROCEEDINGS**

☐ Arraignment & Plea                ☒ Waiver of Indictment            ☒ Felony
☒ Change of Plea                    ☐ Appearance                      ☐ Misdemeanor

☐ **Interpreter** Click here to enter text.    ☐ Sworn        ☐ Previously Sworn

☒ **Constitutional Rights Explained**
☐ Declines to Waive Indictment            ☐ Will be presented to next Grand Jury
☒ Signed Waiver of Indictment             ☒ Information filed count 1
☐ Signed Consent to Transfer (Rule 20)

☒ Waived Reading of:        ☐ Read to Defendant:
         ☐ Indictment
         ☒ Information
         ☐ Number of Counts :

☒ **Petition to Enter Plea Filed**        ☒ **Plea Agreement Attached**

    ☐ Previous Plea of
         ☐ Guilty    ☐ Not Guilty    Counts: _ withdrawn

    ☐ Plea of GUILTY as to Counts _ Accepted

    ☐ Plea of NOT GUILTY as to Counts

☒ **Judgment Deferred**     ☒ **PSI Ordered**    ☒ Sentencing set for: to be set after the PSI has been filed.
☒ **Continued on Present Bail**      ☐ Remanded to Custody
☒ **Counts to be dismissed on Motion of the US at sentencing:** remaining
☐ OTHER: