## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.                              Case No:       13-20134-02

**WENGUI YAN,**

        **Defendant.**

<u>Attorneys for Government</u>: **Brian Resler; Matthew Walczewski; Scott Rask**
<u>Attorneys for Defendant</u>: **Michael Hepperly, William Robb**

| JUDGE: | **Hon. Carlos Murguia** | DATE: | **7/31/2018** |
|---|---|---|---|
| CLERK: | **Jeff Hokanson** | TAPE/REPORTER: | **Nancy Wiss** |
| INTERPRETER: | **Christine Lau** | PRETRIAL/PROBATION: | **Ruth Yorke** |

Date of Conviction:   **10/24/2016**
Offenses:   Count 1:   **FALSE STATEMENTS TO AN AGENCY OF THE UNITED STATES**
                            (a Class D Felony) 18 U.S.C. § 1001(a)(2)

☒  For Details of Sentence See Judgment and Commitment Order

☐  Restitution Ordered under 18:3663        $        on count(s)

☐  **Total Restitution:**        $

☐  Defendant Fined        $        on count(s)

☐  **Total Fine:**        *waived*

☒  Defendant Assessed under 18:3013        $100.00        on count(s) 1

☒  **Total Assessment:**        $**100.00**

☒  **Underlying charging documents and Indictments** dismissed by the court on the motion of the United States.
☒  **Government**  ☒  **Defendant**    - Advised of right to appeal
☒  **Defendant to voluntarily surrender:** at time and place as designated by the US Marshals Service

☒  <u>Notes</u>:  Court notes for record that objections to Presentence Investigation Report were withdrawn pursuant to Sentencing Agreement reached between parties and which modifies and supersedes *Plea Agreement* [Doc. 183] filed on October 25, 2016.  Court conducts *voir dire* of Defendant as to agreement.  Court accepts Sentencing Agreement.  *Sentencing Agreement* filed in open court.

**Court sentences defendant to 13 months imprisonment**.  **Court imposes one (1) years term of supervised release.**  Court adopts mandatory, standard, and special conditions of supervised release as set forth Part D of the Sentencing Recommendations Report.  Defendant is to have <u>no contact</u> with codefendant Weiqiang Zhang.  Court also imposes restrictions on employment, financial restrictions and search based upon reasonable suspicion.  Court recommends designation by the Bureau of Prisons at FCI Forrest City, AR – Low to facilitate family visitation.  Defendant to remain on release and to surrender voluntarily at time and location as designated by the United States Marshals Service.